ORIGINAL

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Oregon

**SEALED**

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 3:20-cr-00520-SI-02 |
| | ) | |
| ABRAN RAYA LEON, et al | ) | |
| | ) | |
| *Defendant* | ) | |

FILED 21 JUL '21 10:30USDC-ORP

## ARREST WARRANT

To:  Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*  **ABRAN RAYA LEON**,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Possession of Counterfeit Postal Service Arrow Keys
Possession of Stolen Mail

Date: **11/12/2020**

City and State: **Portland, Oregon**

*s/P. Scheneman*
*Issuing officer's signature*

**P. Scheneman, Deputy Clerk**
*Printed name and title*

### Return

| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ |
| at *(city and state)* _____ |

DATE 7/15/21
ARRESTED BY USPS

Date: _____

U.S. MARSHAL

_____
*Arresting officer's signature*

_____
*Printed name and title*